No. 1. ANDERSON v. KENTUCKY. (Certiorari, 371 U. S. 886, to the Court of Appeals of Kentucky.) The motion for a hearing is denied. Movant pro se. *Robert Matthews*, Attorney General of Kentucky, for respondent, in opposition.

No. 20. BRULOTTE ET AL. v. THYS Co. (Certiorari, 376 U. S. 905, to the Supreme Court of Washington.) The motion of Well Surveys, Inc., for leave to file a brief, as *amicus curiae*, is granted. *Rufus S. Day, Jr., Robert W. Fulwider* and *Robert J. Woolsey* for movant. *Edward S. Irons* for petitioners, in opposition.

No. 42. SINGER v. UNITED STATES. (Certiorari, 377 U. S. 903, to the United States Court of Appeals for the Ninth Circuit.) The motion of Joni Rabinowitz for leave to file a brief, as *amicus curiae*, is granted. The motion of Nicholas Jacop Uselding to dispense with printing motion for leave to file a brief, as *amicus curiae*, and the motion to file a brief, as *amicus curiae*, are granted. *Victor Rabinowitz* and *Leonard B. Boudin* for Joni Rabinowitz. *Justin A. Stanley* for Nicholas Jacop Uselding.

No. 44. AMERICAN COMMITTEE FOR PROTECTION OF FOREIGN BORN v. SUBVERSIVE ACTIVITIES CONTROL BOARD. (Certiorari, 377 U. S. 915, to the United States Court of Appeals for the District of Columbia Circuit.) The motion to remove this case from the summary calendar is granted and the case is allotted one and one-half hours for oral argument. *Joseph Forer* and *David Rein* for petitioner on the motion.

No. 182, Misc. LEE v. PATE, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and for other relief denied.